WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA ESPITIA,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CONN APPLIANCES, INC. and SYNCHRONY BANK,<br><br>   Defendants. | Case No.:  2:23-cv-00028-RFB-VCF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff, Lisa Espitia ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 5, 2023, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on January 9, 2023.  The deadline for Defendant to respond to Plaintiff's Complaint is January 30, 2023. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint to March 1, 2023.

This is the first motion for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that

1  occurs during the pendency of this extension.

2      DATED this 30th day of January, 2023.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Gerardo Avalos* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Conn Appliances, Inc.* | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave. Suite 350<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Lisa Espitia* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   2-6-2023

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 30th day of January, 2023, to all parties on the CM/ECF service list.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP