WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA ESPITIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CONN APPLIANCES, INC. and SYNCHRONY BANK,<br><br>             Defendants. | Case No.:  2:23-cv-00028-RFB-VCF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)** |

Plaintiff, Lisa Espitia ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 5, 2023, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on January 9, 2023.  The deadline for Defendant to respond to Plaintiff's Complaint is March 22, 2023. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint to April 6, 2023.

This is the third motion for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith is not for purposes of delay or prejudice to any other party.  This is the last extension the parties anticipate requesting.

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that

occurs during the pendency of this extension.

DATED this 17th day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*

Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Conn Appliances, Inc.*

FREEDOM LAW FIRM

*/s/ Gerardo Avalos*

Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Ave. Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff, Lisa Espitia*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 3-17-2023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)** on the 17th day of March, 2023, to all parties on the CM/ECF service list.

*/s/ Erica Baker*
An Employee of WRIGHT, FINLAY & ZAK, LLP